IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **DERRICK JOHNSON,** § | | |
| Plaintiff, § | | |
| v. § | | C.A. NO. C-08-255 |
| § | | |
| **WARDEN DAN JOSLIN, ET AL.,** § | | |
| Defendants. § | | |

## ORDER TO FILE RESPONSE TO APPLICATION FOR A PRELIMINARY INJUNCTION

Plaintiff is a federal prisoner currently incarcerated at the Federal Correctional Institution ("FCI")in Three Rivers, Texas. He filed the instant action on July 31, 2008 seeking injunctive relief to compel Warden Joslin to transfer him to a medical facility where he could be diagnosed and treated for a painful condition from which he suffers and which he claims is being largely ignored by the medical staff at Three Rivers. Service of process was ordered as to defendants Tharp, Rivers, Humme, and Danmeir. Answers are due on or before December 5, 2008 (D.E. 24-26).

On September 26, 2008, plaintiff filed an application for a preliminary injunction requesting a transfer to a facility which can better meet his medical needs (D.E. 15). The Clerk shall send a copy of the motion to the United States Attorney. The defendants shall file an answer to the motion on or before **Friday, December 5, 2008.**

ORDERED this 31st day of October, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE